UNITED STATES DISTRICT COURT     **E-filed 1/5/06**
NORTHERN DISTRICT OF CALIFORNIA

Mark Sherwood                  CASE NO. C-05-3735 JF RS
       Plaintiff(s),

      v.                           STIPULATION AND [PROPOSED]
Wavecrest Corporation; Amherst     ORDER SELECTING ADR PROCESS
Systems Associates, Inc.; Dennis
Leitsz; Michael K. Williams; Does
1-100
       Defendant(s).
_____/

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☒ Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- ☐ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ☒ other requested deadline: 150 days from the date of the order. [At this time, the parties believe that they will participate in ENE. However, the parties do not believe it would be beneficial to schedule an ENE until certain key depositions have taken place which will enable the parties to better evaluate their respective positions. Accordingly, to facilitate these depositions, the parties respectfully request additional time before any ADR process is conducted.]

American LegalNet, Inc.
www.USCourtForms.com

Dated: 12-27-05

*[signature]*
Attorney for Plaintiff
Mark Sherwood

Dated: 1/4/05

*[signature: Shannon Seivey]*
Attorney for Defendants
Wavecrest Corporation and Dennis
Leisz

Dated: _____

Attorney for Defendants
Amherst Systems Associates and
Michael K. Williams

American LegalNet, Inc.
www.USCourtForms.com

Dated:_____

Attorney for Plaintiff
Mark Sherwood


Dated:_____

Attorney for Defendants
Wavecrest Corporation and Dennis Leisz

_____
Attorney for Defendants
Amherst Systems Associates and
Michael K. Williams

Dated:_____

American LegalNet, Inc.
www.USCourtForms.com

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☒ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☒ 150 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: __1/5/06__         Jeremy Fogel /s/electronic signature authorized
                                              UNITED STATES ~~MAGISTRATE~~ JUDGE
                                              District

LEGAL_US_W # 53125131.1

American LegalNet, Inc.
www.USCourtForms.com