**E-filed 5/26/06**

1 | ROBERT DAVID BAKER, INC.
Robert David Baker, Esq. (87314)
2 | 1611 The Alameda
San Jose, CA 95126
3 | (408) 292-8555

4

Attorney for Plaintiff
5 | MARK SHERWOOD

6

7           IN THE UNITED STATES DISTRICT

8           NORTHERN CALIFORNIA DISTRICT

9

10 | MARK SHERWOOD,                      | Case No. C-05-03735-JW

11 |     Plaintiff,              | DISMISSAL OF ACTION
                                          | [FRCP 41(a)(2)]
12 | vs.                                  | [Related to Number C-05-2354 JF]

13 | WAVECREST CORPORATION; AMHERST
14 | SYSTEMS ASSOCIATES, INC; DENNIS
     LEITSZ; MICHAEL K. WILLIAMS; DOES
15 | 1-100,

16 |     Defendants.

17

18     The parties hereby stipulate to a dismissal of the above-entitled action, without prejudice

19 because said action is duplicative of action number C-05-02354-JF, which was removed from

20 state court .

21     Each parties shall bear their own costs and attorney fees.

22     Dated: April 23, 2006

23     _____

24     ROBERT DAVID BAKER, INC.
Robert David Baker, Esq.
25     For: Mark Sherwood

26     Dated: April __, 2006     May    RECEIVED MAY 1 5 2006

27     PAUL HASTINGS, ET AL
Bradford Newman, Esq.
28     For: Wavecrest Corporation, Dennis Leisz

Sherwood v. Wavecrest, et al., C-05-03735- JW
Request for Dismissal and Order

Dated: May 10, 2006

_____
QUINN EMANUEL, ET AL
John Purcell, Esq.
For: Amerherst Systems Associates,
Michael K. Williams

**IT IS SO ORDERED**

Dated: 5/24/06

_____
Hon. Jeremy Fogel
Judge, United States District Court